IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**TIMOTHY ROOKER**                                                                                   **PLAINTIFF**

**v.**                                                                                    **No. 3:20CV48-DAS**

**DEPUTY TERRY DOWTY, JR.**                                        **DEFENDANT**

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered this day, the defendant's motion to dismiss is **GRANTED**, and the instant case is **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted, counting as a **"STRIKE"** under 28 U.S.C. § 1915(g).

**SO ORDERED**, this, the 20th day of October, 2021.

                                                                  /s/ David A. Sanders
                                                                  DAVID A. SANDERS
                                                                  UNITED STATES MAGISTRATE JUDGE